IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| GERI BACHMAN,<br><br>                      Plaintiff,<br><br>vs.<br><br>HICKMAN MILLS C-1 SCHOOL DISTRICT,<br>AND<br><br>YAW OBENG AND DERRICK JORDAN, SR.,<br>IN THEIR OFFICIAL AND PERSONAL<br>CAPACITIES,<br>AND<br><br>CAROL GRAVES, BYRON TOWNSEND,<br>ANN E. COLEMAN, IRENE C. KENDRICK,<br>BETH BOERGER, AND BRANDON WRIGHT<br>IN THEIR OFFICIAL CAPACITIES AS<br>DIRECTORS OF THE BOARD OF<br>EDUCATION,<br><br>                      Defendants. | Case No. 4:23-cv-00931-FJG |

## ENTRY OF APPEARANCE

COMES NOW Steven F. Coronado of the law firm of FISHER, PATTERSON, SAYLER & SMITH, LLP, and hereby enters his appearance as attorney of record on behalf of Defendants in the above-entitled case.

Respectfully submitted,

**FISHER, PATTERSON, SAYLER & SMITH, LLP**

/s/ Steven F. Coronado
_____
Steven F. Coronado       MBN 36392
Paul F. Gordon          MBN 47618
Karyn D. Lopez         MBN KS-001221
9393 W. 110th, #300
Corporate Woods, Bldg. 51

{O0379149}1

Overland Park, KS 66210
Telephone: (913) 339-6757
Facsimile: (913) 660-7919
scoronado@fpsslaw.com
pgordon@fpsslaw.com
kheiss@fpsslaw.com
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify the above and foregoing document was filed with the Court through its electronic filing system on February 27, 2024, causing notice to be sent electronically to:

Jonathan R. Whitehead      Mo. 56848
Law Offices of Jonathan R. Whitehead, LLC
229 S.E. Douglas St., Ste. 210
Lee's Summit, Mo 64063
816.398.8305 - Phone
816.278.9131 – Fax
Jon@whiteheadlawLLC.com
Attorney for Plaintiff Bachman

/s/ Steven F. Coronado
Attorney for Defendants