IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION
AT KANSAS CITY

GERI BACHMAN,

    PLAINTIFF,

vs.

HICKMAN MILLS C-1 SCHOOL DISTRICT, ET AL.

    DEFENDANTS.

Case No.    4:23-cv-00931-FJG

## Notice of Stipulated, Partial Voluntary Dismissal

Comes now Plaintiff, Geri Bachman, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and (ii) and dismisses her claims against Carol Graves, Byron Townsend, Ann E. Coleman, Irene C. Kendrick, Beth Boerger, and Brandon Wright in their official Capacities as Directors of the Board of Education.

Further, Plaintiff dismisses Yaw Obeng and Derrick Jordan, Sr., from her Title VII claims in Counts V and VI.

Plaintiff specifically retains, and does not dismiss, her other claims, including but not limited to her claims against Defendant Hickman Mills C-1 School District and her other claims against Defendants Obeng and Jordan.

The dismissal is *without* prejudice, each party to bear its own costs and fees.

Counsel for Defendants have consented to said dismissal, and have not filed an answer or motion for summary judgment. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the dismissal is permitted without a Court order.

Respectfully submitted,
LAW OFFICES OF JONATHAN R WHITEHEAD LLC
/s/ Jonathan R. Whitehead
Jonathan R. Whitehead  Mo. 56848
229 S.E. Douglas St., Ste. 210
Lee's Summit, Mo 64063
816.398.8305 - Phone
816.278.9131 - Fax
**ATTORNEY FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I certify that on April 29, 2024, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system and that all counsel of record will be served a notice of electronic filing generated by the CM/ECF system.

/s/Jonathan R. Whitehead
**Attorney for Plaintiff**