IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION
AT KANSAS CITY

| | |
|---|---|
| GERI BACHMAN,<br><br>　　Plaintiff,<br><br>vs.<br><br>HICKMAN MILLS C-1 SCHOOL DISTRICT, ET AL.<br><br>　　Defendants.<br>) | Case No.　　4:23-cv-00931-FJG |

# FIRST AMENDED DESIGNATION OF NEUTRAL

In accordance with the Notice of Inclusion, MAP General Order, and any applicable guidelines, the parties file an amended Designation of Neutral as follows:

NEUTRAL'S NAME: _____ Victor Howard _____

_____ Not on List
*(This should be marked with an "X" only if the person is not on Court's List of Neutrals but was approved by the MAP Director)*

SESSION TYPE: \_\_\_X\_\_\_ Mediation _____ ADR-O

SESSION DATE AND TIME: \_\_\_\_\_ September 13, 2024 at 9:00 a.m. _____

SESSION LOCATION: \_\_\_\_\_ Jay Daugherty Mediation & Arbitration 4717 Grand Avenue, Suite 830, Kansas City, MO 641122 \_\_\_\_\_

MODE OF SESSION: In person: \_　Virtual: \_\_\_\_X\_\_ Hybrid _____

Respectfully Submitted,

Law Offices Of
Jonathan R Whitehead LLC
s/Jonathan R. Whitehead_____
Jonathan R. Whitehead (#56848)
229 S.E. Douglas St., Ste. 210
Lee′s Summit, Missouri 64063
Phone: 816-398-8305
Fax: 816-278-9131
jon@whiteheadlawllc.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2024, the foregoing was electronically filed using the Court's CM/ECF system, which sent notification to all counsel of record.

/s/ Jonathan R. Whitehead_____
An attorney for Plaintiff
Geri Bachman