IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Geri Bachman, | ) |
| Plaintiff(s), | ) ) ) |
| vs. | ) Case No. 23-00931-CV-W-FJG ) |
| Hickman Mills School District, et al., | ) ) ) |
| Defendant(s). | ) |

# ORDER

The Court notes that discovery in this matter is set to close on **January 15, 2025**. The parties are reminded that the Court's Scheduling and Trial Order provides: <u>close of discovery means that all discovery, including the taking of depositions, shall be completed not simply submitted on the date specified by this paragraph.</u> Any last minute discovery submitted too late for the opposing side to timely discover may be stricken." **See** Doc. No. 15. The parties are cautioned that if they wish the Court to extend the discovery deadline, they must file a motion for extension of time demonstrating good cause for the extension sought. See Fed. R. Civ. P. 16(b)(4).

IT IS SO ORDERED.

                                                                          */s/ FERNANDO J. GAITAN, JR.*
                                                                          Fernando J. Gaitan, Jr.
                                                                          United States District Judge

Dated: December 2, 2024
Kansas City, Missouri