# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| GERI BACHMAN,<br><br>Plaintiff,<br><br>vs.<br><br>HICKMAN MILLS C-1 SCHOOL DISTRICT,<br>AND<br><br>YAW OBENG AND DERRICK JORDAN, SR.,<br>IN THEIR OFFICIAL AND PERSONAL CAPACITIES,<br>AND<br><br>CAROL GRAVES, BYRON TOWNSEND, ANN E. COLEMAN, IRENE C. KENDRICK,<br>BETH BOERGER, AND BRANDON WRIGHT<br>IN THEIR OFFICIAL CAPACITIES AS DIRECTORS OF THE BOARD OF EDUCATION,<br><br>Defendants. | Case No. 4:23-cv-00931-FJG |

## CERTIFICATE OF SERVICE

COMES NOW Defendant Hickman Mills C-1 School District., by and through the undersigned counsel, and hereby certifies copies of Defendant's First Interrogatories to Plaintiff, and Defendant's First Request for Production to Plaintiff were served via electronic mail with copies in WORD and PDF format on December 9, 2024, to:

Jonathan R. Whitehead     Mo. 56848
Law Offices of Jonathan R. Whitehead, LLC
229 S.E. Douglas St., Ste. 210
Lee's Summit, Mo 64063
816.398.8305 - Phone
816.278.9131 – Fax

Jon@whiteheadlawLLC.com
Attorney for Plaintiff Bachman

    Respectfully submitted,

    **FISHER, PATTERSON, SAYLER & SMITH, LLP**

    /s/ Paul F. Gordon

| | |
|---|---|
| Steven F. Coronado | MBN 36392 |
| Paul F. Gordon | MBN 47618 |
| Karyn Heiss | MBN KS-001221 |

9393 W. 110th, #300
Corporate Woods, Bldg. 51
Overland Park, KS 66210
Telephone: (913) 339-6757
Facsimile: (913) 660-7919
scoronado@fpsslaw.com
pgordon@fpsslaw.com
kheiss@fpsslaw.com
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing was filed via the ECF Filing system on December 9, 2024, which will send notice to:

Jonathan R. Whitehead    Mo. 56848
Law Offices of Jonathan R. Whitehead, LLC
229 S.E. Douglas St., Ste. 210
Lee's Summit, Mo 64063
816.398.8305 - Phone
816.278.9131 – Fax
Jon@whiteheadlawLLC.com
Attorney for Plaintiff Bachman

    */s/* Paul F. Gordon
    ATTORNEY FOR DEFENDANT