# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| GERI BACHMAN, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 23-00931-CV-W-FJG |
| HICKMAN MILLS C-1 SCHOOL DISTRICT, et al., | ) |
| Defendant. | ) |

\_\_\_   Jury Verdict.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court.   This action came before the Court.   The issues have been determined and a decision has been rendered.

**IT IS HEREBY ORDERED** that

Defendant's motion to dismiss plaintiff's complaint is hereby GRANTED.   It is further

**ORDERED** that

Plaintiff's Complaint is hereby DISMISSED with prejudice.

| | |
|---|---|
| \_March 31, 2025\_ | \_Paige Wymore-Wynn\_ |
| Date | Clerk |

Entered on   March 31, 2025            /s/ Christy Anderson
                                                   (By) Deputy Clerk